NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JANSSEN BIOTECH, INC.,**
*Plaintiff-Appellant*

**v.**

**CELLTRION HEALTHCARE CO., LTD.,
CELLTRION, INC., HOSPIRA, INC.,**
*Defendants-Cross-Appellants*

---

2018-2321, 2018-2350

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:17-cv-11008-MLW, Chief Judge Mark L. Wolf.

---

**JUDGMENT**

---

GREGORY DISKANT, Patterson Belknap Webb & Tyler LLP, New York, NY, argued for plaintiff-appellant.  Also represented by ANDREW D. COHEN, ARON RUSSELL FISCHER, EUGENE M. GELERNTER.

JAMES F. HURST, Kirkland & Ellis LLP, Chicago, IL, argued for defendants-cross-appellants.  Also represented by BRYAN SCOTT HALES; WILLIAM H. BURGESS, JOHN C. O'QUINN, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 5, 2020                     /s/ Peter R. Marksteiner
     Date                             Peter R. Marksteiner
                                      Clerk of Court